IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01604-WDM-MJW

CHANDLER LYLES,

      Plaintiff,

v.

RYAN BURKE, and
CITY AND COUNTY OF DENVER,

      Defendants.

_____

**ORDER ON MOTION FOR PARTIAL DISMISSAL**
_____

Miller, J.

      This matter is before me on Defendants' motion for partial dismissal.

Defendants seek to dismiss Plaintiff's second (battery), third (outrageous conduct), and

fourth (negligence) claims for lack of subject matter jurisdiction pursuant to FED. R. CIV.

P. 12(b)(1).  As Plaintiff does not object to the dismissal of these claims, the partial

motion to dismiss will be granted (Pl.'s Resp. Br., Oct. 2, 2006 at 1, Docket No. 14).

      Defendants have also requested an award of attorney fees pursuant to C.R.S. §

13-17-201, which provides in relevant part:

> In all actions brought as a result of . . . an injury to a person . . .
> occasioned by the tort of any other person, where such action is
> dismissed on motion of the defendant prior to trial under rule 12(b) of the
> Colorado rules of civil procedure, such defendant shall have judgment for
> his reasonable attorney fees in defending the action.

This section, however, applies only to the dismissal of *all* claims under rule 12(b).

*Holland v. Bd. of County Comm'rs*, 883 P.2d 500 (Colo. App. 1994) (award of fees

inappropriate where only three of seven claims were dismissed pursuant to rule 12(b));

*see also First Interstate Bank v. Berenbaum*, 872 P.2d 1297 (Colo. App. 1993) (award

of fees inappropriate when one claim dismissed under rule 56), *Sundheim v. Bd. of*

*County Comm'rs*, 904 P.2d 1337 (Colo. App. 1995) (award of fees inappropriate where

one claim restored in part).  Here, as Defendants have requested only a partial

dismissal regarding three of the four claims, an award of fees under C.R.S. § 13-17-201

would be inappropriate.  Accordingly, Defendants' request for an award of attorney fees

will be denied.

      Accordingly, it is ordered:

1.      Defendants' motion to dismiss (Docket No. 4), filed August 11, 2006 is granted in

part.

2.      Plaintiff's second, third, and fourth claims are dismissed.

3.      Defendants' request for attorney fees is denied.

      DATED at Denver, Colorado, on March 7, 2007.

                      BY THE COURT:

                      s/ Walker D. Miller
                      United States District Judge