IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01604-WDM-MJW

CHANDLER LYLES,

     Plaintiff,

v.

RYAN BURKE AND
CITY & COUNTY OF DENVER,

     Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

     The following minute order is entered by Judge Walker D. Miller:

     Defendants' motion for summary judgment (doc. no. 22 & 23) are stricken for failure to comply wtih Judge Miller's Pretrial and Trial Procedures Rule 6.3) If defendants refile, they shall file a combined motion and brief (all one document) that does not exceed 20 pages.  (Exhibits do not need to be refiled.)

Dated:  May 23, 2007

               s/ Jane Trexler, Judicial Assistant