IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01604-WDM-MJW

CHANDLER LYLES,

    Plaintiff,

v.

RYAN BURKE, and
CITY AND COUNTY OF DENVER,

    Defendants.

## NOTICE OF STIPULATED DISMISSAL

Miller, J.

This matter is before me on the stipulated motion to dismiss with prejudice (Docket No. 42) filed by the parties on April 30, 2008. I construe this as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and accordingly take judicial notice that the complaint is dismissed with prejudice, each party bearing his or her own attorneys' fees and costs.

    DATED at Denver, Colorado, on May 5, 2008.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge

PDF Final